FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 15 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al., | No. 15-16440 |
| Plaintiffs - Appellees, | D.C. No. 2:07-cv-02513-GMS District of Arizona, Phoenix |
| v. | |
| MARICOPA COUNTY and JOSEPH M. ARPAIO, | ORDER |
| Defendants, | |
| v. | |
| DENNIS L. MONTGOMERY, Proposed Intervenor, | |
| Movant - Appellant. | |

Before: REINHARDT, TASHIMA, and RAWLINSON, Circuit Judges.

Appellees' request to supplement the exhibits to the opposition to the motion for a stay is granted. The supplemental exhibits have been filed.

Appellant's amended emergency motion for a stay is denied. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

The briefing schedule established previously remains in effect.

AT/MOATT