**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Stanley Young

Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
T  +1 650 632 4704
syoung@cov.com

**Via ECF**                                      October 29, 2015

Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:  Manuel De Jesus Ortega Melendr, et al v. Maricopa
           County, et al (No. 15-16440)

Dear Clerk of Court:

      Effective June 27, 2014, Ms. Lesli Rawles Gallagher was no longer associated with Covington & Burling LLP and no longer represents Plaintiffs-Appellee's in this matter. Please remove her as an attorney of record.

      No substitution of counsel is necessary because Plaintiffs-Appellee's continue to be represented by other attorneys of record at Covington & Burling LLP.  Plaintiffs-Appellee's also continue to be represented by additional attorneys of record at ACLU Foundation of Arizona, ACLU Foundation Immigrants' Rights Project and Mexican American Legal Defense and Educational Fund.

      Sincerely,

      s/ Stanley Young